1

2

3

4

5

6

7

8  UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
9  AT TACOMA

10  EDWARD D. NELSON and ALLISON NELSON, )
husband and wife,                     )
11                                     )      NO.
                      Plaintiffs,      )
12                                     )      DEFENDANT SANDVIK MINING AND
      v.                               )      CONSTRUCTION USA, LLC'S
13                                     )      (MISTAKENLY NAMED SANDVIK
SANDVIK MINING AND CONSTRUCTION,       )      MINING AND CONSTRUCTION, INC.)
14  INC., a corporation; FORGE WELKIN, INC., a )  NOTICE OF REMOVAL
corporation; DRILTECH, INC., a corporation; and )
15  ABC CORPORATION,                   )      Kitsap County Superior Court
                                       )      Cause No. 10-2-01752-5
16                    Defendants.      )

17        COMES NOW defendant Sandvik Mining and Construction USA, LLC, mistakenly

18  identified as Sandvik Mining and Construction, Inc. (hereinafter "Sandvik"), by and through its

19  attorneys, Ogden Murphy Wallace P.L.L.C., and files this Notice of Removal of this action to the

20  United States District Court for the Western District of  Washington at Tacoma, and sets forth

21  the following grounds for removal:

22        1.      This suit is a civil action filed in the Superior Court of the State of Washington for

23  Kitsap County, on or about August 6, 2010, entitled *Edward D. Nelson and Allison Nelson,*

24  *husband and wife v. Sandvik Mining and Construction, Inc, Forge Welkin, Inc., Driltech, Inc.*

25  *and ABC Corporation,* Cause No.  10-2-01762-5.  A copy of the Summons and Complaint in this

26

{JMS824307.DOC;1\12516.000002\ }
DEFENDANT SANDVIK MINING AND CONSTRUCTION USA,
LLC'S (MISTAKENLY NAMED SANDVIK MINING AND
CONSTRUCTION, INC.) NOTICE OF REMOVAL - 1

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1  action is attached hereto as Exhibit 1 and constitutes all process, pleadings, and orders served

2  upon the defendant in this action.

3      2.    The aforesaid action was commenced by service of process consisting of the

4  Summons and Complaint upon CT Corporation System, Seattle Washington, Sandvik's statutory

5  agent, which received a copy of the Summons and Complaint on or about September 22, 2010.

6      3.    The above described action is one in which this Court has original jurisdiction

7  under the provisions of Title 28, United States Code, § 1332, and is removable to this court

8  pursuant to the provisions of Title 28, United States Code, § 1441, in that it is a civil action

9  wherein the matter in controversy exceeds the sum of Seventy-Five Thousand Dollars

10  ($75,000.00), exclusive of interest and costs, and is between citizens of different states.

11      4.    Plaintiffs Edward D. Nelson and Allison Nelson were, at the time this action was

12  commenced, and still are, citizens of the State of Washington.

13      5.    Defendant Sandvik was, at the time this action was commenced, and still is, a

14  limited liability corporation organized under the laws of the State of Delaware with its principal

15  place of business in Alachua, Florida.  The members of the Sandvik LLC are Sandvik, Inc. and

16  Tamcorp, Inc.  Sandvik, Inc. and Tamcorp, Inc. are both Delaware corporations, thereby proving

17  that there is complete diversity between the plaintiffs and defendants, respectively. *See* Savard

18  Declaration, Exhibit 1 and the attached Sandvik Corporate Disclosure Statement attached hereto

19  as Exhibit 2.

20      6.    Defendant Forge Welkin LLC (mistakenly referred to in the Complaint as Forge

21  Welkin, Inc.) (hereinafter "Forge Welkin") was an Oregon limited liability company.  However,

22  a search of the official Oregon Secretary of State website confirms that Forge Welkin LLC was

23  administratively dissolved on September 10, 2010. *See* Savard Declaration, Exhibit 2.  Sandvik

24  has notified and obtained the consent of Forge Welkin to remove this case to federal court.

25  28 U.S.C. § 1446.

26

{JMS824307.DOC;1\12516.000002\ }
DEFENDANT SANDVIK MINING AND CONSTRUCTION USA,
LLC'S (MISTAKENLY NAMED SANDVIK MINING AND
CONSTRUCTION, INC.) NOTICE OF REMOVAL - 2

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1    7.    Prior to the instant suit, defendant Driltech Inc. was consolidated into defendant

2    Sandvik.  Defendant Driltech Inc. is no longer a viable entity.  *See* Savard Declaration, Exhibit 3.

3    8.    Defendant ABC Corporation is not a known corporation, as admitted by plaintiffs

4    in their Complaint.  ABC Corporation is not listed as a corporation in any website listing and is

5    not a viable corporate entity.  *See* Savard Declaration, Exhibit 4.

6    9.    The plaintiffs allege in the Complaint that they are entitled to compensatory

7    damages from the defendants in an unspecified amount.  Defendant Sandvik believes that

8    plaintiffs will seek damages well in excess of Seventy-Five Thousand Dollars ($75,000.00) for

9    general, special and punitive damages sustained from the incidents which occurred on or about

10   August 10, 2007 and August 24, 2007, in Mason County, Jefferson County, and Kitsap County,

11   Washington, purportedly as a result of the alleged negligence and product liability claims

12   brought against Sandvik by the plaintiffs.  *See* Savard Declaration, Exhibit 5.

13   10.   Pursuant to Fed. R. Civil P. 7.1 Sandvik's corporate disclosure statement is being

14   filed separately with the removal papers.

15   11.   Written notice of the filing of this Notice of Removal will be given to plaintiffs

16   and to the other defendants in this action, together with a copy of the Notice of Removal to

17   plaintiffs and supporting papers with the Superior Court of Washington, County of Kitsap, as

18   required under 28 U.S.C. § 1446(d).

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

{JMS824307.DOC;1\12516.000002\ }
DEFENDANT SANDVIK MINING AND CONSTRUCTION USA,
LLC'S (MISTAKENLY NAMED SANDVIK MINING AND
CONSTRUCTION, INC.) NOTICE OF REMOVAL - 3

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1    12.    This court is the District Court of the United States for the district and division

2    embracing the place and venue where the state court action was filed and is, therefore, the

3    appropriate court for this removal.  28 U.S.C. § 1441(a)

4        DATED this 21st day of October, 2010.

5                                    OGDEN MURPHY WALLACE, P.L.L.C.

6
                                By    s/Robert G. André
7                                     Robert G. André, WSBA #13072
                                      1601 Fifth Avenue, Suite 2100
8                                     Seattle, Washington 98101-1686
                                      Tel: 206.447.7000/Fax: 206.447.0215
9                                     Attorneys for Defendant
10                                    Sandvik Mining and Construction USA, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

{JMS824307.DOC;1\12516.000002\ }
DEFENDANT SANDVIK MINING AND CONSTRUCTION USA,
LLC'S (MISTAKENLY NAMED SANDVIK MINING AND
CONSTRUCTION, INC.) NOTICE OF REMOVAL - 4

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1

## CERTIFICATE OF SERVICE

2

I certify under the laws of the United States of America that on the 21st day of October 2010 I

3

electronically filed a true and correct copy of the foregoing document with the Clerk of the Court

using the CM/ECF System and served counsel below by the method indicated:

4

5

| | |
|---|---|
| Jerald D. Pearson | [ X ]   U.S. Mail |
| The Pearson Law Firm, P.S. | [   ]   Messenger |
| 35131 Southeast Douglas Street | [   ]   Email |
| Suite 103 | [ X ]   Facsimile |
| Snoqualmie, Washington  98065-9233 | [   ]   CM/ECF |
| **Attorneys for Plaintiffs** | |

6

7

8

9

10

    DATED this 21st day of October, 2010.

11

12

                                    s/Robert G. André, WSBA#13072
                                        Robert G. André

13

14

15

16

17

18

19

20

21

22

23

24

25

26

{JMS824307.DOC;1\12516.000002\ }
DEFENDANT SANDVIK MINING AND CONSTRUCTION USA,
LLC'S (MISTAKENLY NAMED SANDVIK MINING AND
CONSTRUCTION, INC.) NOTICE OF REMOVAL - 5

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

# EXHIBIT 1

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KITSAP

EDWARD D. NELSON and ALLISION
NELSON, husband and wife,

       Plaintiffs,

    vs.                          No.

SANDVIK MINING AND
CONSTRUCTION, Inc., a corporation;
FORGE WELKIN, Inc., a corporation;
DRILTECH, Inc., a corporation; and
ABC Corporation.

       Defendants.

---

### COMPLAINT FOR PERSONAL INJURIES IN TORT
### (PRODUCT LIABILITY)

---

COME NOW the Plaintiffs and for claims against the Defendants hereby

allege as follows:

COMPLAINT FOR PERSONAL INJURIES IN TORT
(PRODUCT LIABILITY) -1

THE PEARSON LAW FIRM, P.S.
35131 SE DOUGLAS STREET, SUITE 103 ·
SNOQUALMIE, WA 98065
425 831-3100
FAX 425 831-3105

1.    **PARTIES:**

1.1    PLAINTIFFS NELSON (hereinafter referred to as "NELSON"):
Edward D. Nelson and Allison Nelson are husband and wife and are residents of
Kitsap County, Washington.

1.2    DEFENDANT SANDVIK MINING AND CONSTRUCTION, INC.
(hereinafter referred to as "Sandvik"):  Sandvik is a corporation, duly registered
and licensed to conduct business in the State of Washington, and at all relevant
times Sandvik, in association with Arcadia Drilling, and other defendants, was
conducting business in Mason County, Jefferson County and Kitsap County,
Washington; and at all material times Sandvik and/or other defendants
designed, manufactured and/or distributed the drilling rig product at issue in
this matter.

1.3    DEFENDANT DRILTECH INC. (hereinafter referred to as
"Driltech"):  Driltech is a corporation, duly registered and licensed to conduct
business in the State of Washington, and at all relevant times Driltech, in
association with Arcadia Drilling, and other defendants, was conducting
business in Mason County, Jefferson County and Kitsap County, Washington;
and at all material times Driltech and/or other defendants designed,
manufactured and/or distributed the drilling rig product at issue in this matter.

1.4    DEFENDANT FORGE WELKIN INC. (hereinafter referred to as
"Forge"):  Forge is a corporation, duly registered and licensed to conduct
business in the State of Washington, and at all relevant times Forge, in
association with Arcadia Drilling, and other defendants, was conducting

COMPLAINT FOR PERSONAL INJURIES IN TORT
(PRODUCT LIABILITY) -2

THE PEARSON LAW FIRM, P.S.
35131 SE DOUGLAS STREET, SUITE 100
SNOQUALMIE, WA 98065
425 831-3100
FAX 425 831-3105

business in Mason County, Jefferson County and Kitsap County, Washington; and at all material times Forge and/or other defendants designed, manufactured and/or distributed the drilling rig product at issue in this matter.

    1.5   <u>DEFENDANT ABC CORPORATION (hereinafter referred to as "ABC")</u>: ABC is a corporation whose true identity is not known to Nelson at this time, but on information and belief ABC was duly registered and licensed to conduct business in the State of Washington, and at all relevant times ABC, in association with Arcadia Drilling, and other defendants, was conducting business in Mason County, Jefferson County and Kitsap County, Washington; and at all material times ABC and/or other defendants designed, manufactured and/or distributed the drilling rig product at issue in this matter.

    2.   <u>JURISDICTION AND VENUE</u>: The subject matter hereof and the parties hereto are subject to the jurisdiction of the above-entitled Court; and venue is proper.

    3.   <u>NEGLIGENCE</u>: On or about August 10 and August 24, 2007, Edward Nelson was injured by the defective drill rig product that was not reasonably safe as designed, manufactured and/or as sold and/or distributed by defendants, and defendants were careless, unskillful, and negligent in causing injury to plaintiffs Nelson.

    4.   <u>PRODUCT LIABILITY</u>: Defendants are liable under various standards of care and statutes, including the Washington Product Liability Act, due to the fact that the drill rig product was not reasonably safe as manufactured, designed, and/or as sold and distributed, and the drill rig

COMPLAINT FOR PERSONAL INJURIES IN TORT
(PRODUCT LIABILITY) -3

THE PEARSON LAW FIRM, P.S.
35131 SE DOUGLAS STREET, SUITE 103
SNOQUALMIE, WA 98065
425 831-3100
FAX 425 831-3105

1   product was not reasonably safe with respect to warnings; additionally

2   defendants breached warranties express and implied, and such defects and

3   breaches were a proximate cause of injury to plaintiffs Nelson.

4

5       5.   PLAINTIFFS' DAMAGES:   As a direct, immediate and proximate

6   cause of the negligent and wrongful actions of defendants, the plaintiffs Nelson

7   sustained severe personal injuries, probable permanent disabilities, and loss of

8   consortium, all to their actual and continuing damage in an amount to be

9

10  proven at trial.

11      WHEREFORE, plaintiffs pray for judgment against defendants, jointly and

12  severally, as follows:

13

14      a.   For an amount commensurate with Plaintiffs' injuries to be

15  determined at the time of trial;

16      b.   For Plaintiffs' costs, disbursements, pre-judgment interest on

17  liquidated damages and attorney's fees incurred herein;

18

19      c.   For punitive/exemplary damages; and

20      d.   For such other and further relief as the Court deems just and

21  equitable.

22      DATED this ____ day of August, 2010.

23

24              THE PEARSON LAW FIRM, P.S.

25

26

27      By: _____

28          JERALD D. PEARSON, WSBA #8970
            Attorney for Plaintiffs

29

COMPLAINT FOR PERSONAL INJURIES IN TORT
(PRODUCT LIABILITY) -4

THE PEARSON LAW FIRM, P.S.
35151 SE DOUGLAS STREET, SUITE 103
SNOQUALMIE, WA 98065
425 831-3100
FAX 425 831-3105

# EXHIBIT 2

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
9                            AT TACOMA

10   EDWARD D. NELSON and ALLISON NELSON, )
     husband and wife,                    )
11                                        )   NO.
                        Plaintiffs,       )
12                                        )   DEFENDANT SANDVIK MINING AND
         v.                               )   CONSTRUCTION USA, LLC'S
13                                        )   (MISTAKENLY NAMED SANDVIK
     SANDVIK MINING AND CONSTRUCTION,     )   MINING AND CONSTRUCTION, INC.)
14   INC., a corporation; FORGE WELKIN, INC., a )   CORPORATE DISCLOSURE
     corporation; DRILTECH, INC., a corporation; and )
15   ABC CORPORATION,                     )
                                          )
16   _____ Defendants.  )

17          Pursuant to Fed. R. Civ. P. 7.1, defendant Sandvik Mining and Construction USA, LLC,

18   mistakenly identified as Sandvik Mining and Construction, Inc makes the following disclosures

19   related to its corporate identity:

20          Defendant Sandvik Mining and Construction USA, LLC was at the time this action was

21   commenced, and still is, a limited liability corporation organized under the laws of the State of

22   Delaware with its principal place of business in Alachua, Florida.  The members of the Sandvik

23   LLC are Sandvik, Inc. and Tamcorp, Inc.  Sandvik, Inc. and Tamcorp, Inc. are both Delaware

24   corporations, thereby proving that there is complete diversity between the plaintiffs and

25   defendants, respectively. Sandvik, Inc. owns more than 10% of Sandvik Mining and

26

{JMS831025.DOC;2\12516.000002\ }
DEFENDANT SANDVIK MINING AND CONSTRUCTION USA, LLC'S
(MISTAKENLY NAMED SANDVIK MINING AND CONSTRUCTION,
INC.) CORPORATE DISCLOSURE - 1

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1   Construction USA LLC.

2        DATED this 21st day of October, 2010.

3                                    OGDEN MURPHY WALLACE, P.L.L.C.

4

5                                    By    s/Robert G. André
                                           Robert G. André, WSBA #13072
6                                          1601 Fifth Avenue, Suite 2100
                                           Seattle, Washington 98101-1686
7                                          Tel: 206.447.7000/Fax: 206.447.0215
                                           Attorneys for Defendant
8                                          Sandvik Mining and Construction USA, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

{JMS831025.DOC;2\12516.000002\ }
DEFENDANT SANDVIK MINING AND CONSTRUCTION USA, LLC'S
(MISTAKENLY NAMED SANDVIK MINING AND CONSTRUCTION,
INC.) CORPORATE DISCLOSURE - 2