HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWARD D. NELSON and ALLISON NELSON, husband and wife,

Plaintiffs,

v.

SANDVIK MINING AND CONSTRUCTION, INC., a corporation; FORGE WELKIN, INC., a corporation; DRILTECH, INC., a corporation; and ABC CORPORATION,

Defendants.

NO. 3:10-cv-05778 RBL

STIPULATION AND ORDER GRANTING DEFENDANT SANDVIK MINING AND CONSTRUCTION, USA, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT

## I. STIPULATION

COME NOW the parties, by and through their respective attorneys of record, and hereby stipulate as follows:

1.1   Defendant Sandvik Mining and Construction, USA, LLC's Motion for Partial Summary Judgment, previously filed herein, should be granted in all respects.

1.2   Any and all claims of Plaintiffs herein based upon the alleged August 10, 2007 incident, and any and all resulting claimed injury(ies) and damages allegedly caused thereby; namely any and all medical expenses, costs, wage or other alleged economic loss, and any and all other request(s) for damages, including requests for exemplary/punitive damages, based upon

{JDD993914.DOC;1\12516.000002\ }
STIPULATION AND ORDER GRANTING DEFENDANT SANDVIK MINING AND CONSTRUCTION, USA, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 1

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1  any alleged injury(ies) to Plaintiff Edward D. Nelson's right shoulder (or other alleged bodily
2  injury(ies) stemming from the alleged August 10, 2007 incident) and derivative claims based
3  thereon, should be dismissed with prejudice.

4        1.3    The subjoined Order below should be entered by the Court in this matter to reflect
5  that Defendant Sandvik Mining and Construction, USA, LLC's Motion for Partial Summary
6  Judgment, previously filed herein, is granted in all respects.

7        DATED this 7th day of June, 2012.

8  OGDEN MURPHY WALLACE, P.L.L.C.    THE PEARSON LAW FIRM, P.S.

9  By: s/Jeffrey D. Dunbar                By: s/Jeffrey D. Dunbar, WSBA #26339 for
10     Robert G. Andre, WSBA #13072          Jerald D. Pearson via e-mail authorization
       Jeffrey D. Dunbar, WSBA #26339         Jerald D. Pearson, WSBA #8970
11     Attorneys for Defendant                    David Ranz, WSBA#40027
       Sandvik Mining and Construction USA,    Attorneys for Plaintiffs
12     LLC

{JDD993914.DOC;1\12516.000002\ }
STIPULATION AND ORDER GRANTING DEFENDANT SANDVIK
MINING AND CONSTRUCTION, USA, LLC'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 2

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

## II. ORDER

THIS MATTER having come before the Court based upon the foregoing Stipulation of the parties and the Court being otherwise fully advised in the premises, it is hereby

ORDERED ADJUDGED AND DECREED that Defendant Sandvik Mining and Construction, USA, LLC'S Motion for Partial Summary Judgment, previously filed herein, is GRANTED in all respects. Any and all claims of Plaintiffs herein based upon the alleged August 10, 2007 incident, and any and all resulting claimed injury(ies) and damages allegedly caused thereby; namely any and all medical expenses, costs, wage or other alleged economic loss, and any and all other request(s) for damages, including requests for exemplary/punitive damages, based upon any alleged injury(ies) to Plaintiff Edward D. Nelson's right shoulder (or other alleged bodily injury(ies) stemming from the alleged August 10, 2007 incident) and derivative claims based thereon, are DISMISSED WITH PREJUDICE.

DATED this 11th day of June, 2012.

*/s/ Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

Presented by:

OGDEN MURPHY WALLACE, P.L.L.C.

By: s/Jeffrey D. Dunbar
Robert G. Andre, WSBA #13072
Jeffrey D. Dunbar, WSBA #26339
Attorneys for Defendant
Sandvik Mining and Construction USA, LLC

{JDD993914.DOC;1\12516.000002\ }
STIPULATION AND ORDER GRANTING DEFENDANT SANDVIK MINING AND CONSTRUCTION, USA, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT - 3

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215

1  Approved for Entry; Notice of
   Presentation Waived:
2
3  THE PEARSON LAW FIRM, P.S.

4  By:   s/Jeffrey D. Dunbar, WSBA #26339
       for Jerald D. Pearson via e-mail authorization
5      Jerald D. Pearson, WSBA #8970
       David Ranz, WSBA#40027
6      Attorneys for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

{JDD993914.DOC;1\12516.000002\ }
STIPULATION AND ORDER GRANTING DEFENDANT SANDVIK
MINING AND CONSTRUCTION, USA, LLC'S MOTION FOR
PARTIAL SUMMARY JUDGMENT - 4

OGDEN MURPHY WALLACE, P.L.L.C.
1601 Fifth Avenue, Suite 2100
Seattle, Washington 98101-1686
Tel: 206.447.7000/Fax: 206.447.0215